defendants in this court, and that this court, for that reason, is without jurisdiction to try the cause. The motion to strike the plea in abatement from the files is overruled, and the plea in abatement sustained.

[2] While the defendants' plea is styled "Plea to the Jurisdiction of the Court," it may be treated as a motion to remand, since, should this court have assumed jurisdiction of this case without knowledge of the facts, as above stated, and should it appear, upon the trial of the case in this court, that one of the plaintiffs was a resident in this jurisdiction, and that the other plaintiff was a resident of the state of Texas, it would then be the duty of this court to terminate the trial and remand the case to the state court.

For the reasons assigned, this cause is remanded to the circuit court of Clark county, Ill.

# MEMORANDUM DECISIONS

ALASKA ANTHRACITE R. CO. v. MATARELLI. (Circuit Court of Appeals, Ninth Circuit. February 28, 1919.) No. 3266. In Error to the District Court of the United States for the Third Division of the Territory of Alaska. Lyons & Ritchie, of Valdez, Alaska, and R. M. Jones, of Seattle, Wash., for plaintiff in error. Donohoe & Dimond, of Valdez, Alaska, and R. F. Lewis, of San Francisco, Cal., for defendant in error.

PER CURIAM. Upon motion of counsel for the plaintiff in error, writ of error ordered dismissed.

COMMERCIAL CREDIT CO. v. McGILL. (Circuit Court of Appeals. Fourth Circuit. November 29, 1918.) No. 1632. Appeal from the District Court of the United States for the District of Maryland, at Baltimore, in bankruptcy. For opinion below, see 243 Fed. 637. Sylvan H. Lauchheimer, of Baltimore. Md., and Leo Oppenheimer, of New York City, for appellant. Robert P. Levis, of New York City, for appellee.

PER CURIAM. Cause dismissed under rule 20 (233 Fed. xiii, 146 C. C. A. xiii), in accordance with agreement of counsel.

In re DUNCAN. (Circuit Court of Appeals, Fourth Circuit. October 9, 1918.) No. 1677. Original application for leave to file petition for writ of mandamus, directed to Hon. Alston G. Dayton, United States District Judge for the Northern District of West Virginia, and brief in support of same, presented before Judges Knapp, Woods, and McDowell, and submitted. See, also, 249 Fed. 155, 161 C. C. A. 207. Cloyd H. Duncan, of Fairmont, W. Va., in pro. per.

PER CURIAM. Application denied.

In re DUNCAN. (Circuit Court of Appeals, Fourth Circuit. February 13, 1919.) No. 1699. Application for leave to file a petition for a writ of mandamus directed to Hon. Alston G. Dayton, United States District Judge for the Northern District of West Virginia. See, also, 249 Fed. 155, 161 C. C. A. 207. Cloyd H. Duncan, of Fairmont, W. Va., in pro. per.

PER CURIAM. Cause submitted before Judges Pritchard, Knapp, and Woods. Mandamus denied.